

Opinions of the United
States Court of Appeals
for the Third Circuit

2008 Decisions

11-4-2008

# Acker v. Coca Cola N Amer

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-4257

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Acker v. Coca Cola N Amer" (2008). *2008 Decisions.* Paper 269.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/269

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

IN THE UNITED STATES COURT
OF APPEALS
FOR THE THIRD CIRCUIT

———————

NO. 07-4257

———————

DENNIS C. ACKER,
Appellant

v.

COCA-COLA NORTH AMERICA

———————

On Appeal From the United States
District Court
For the Eastern District of Pennsylvania
(D.C. Civil Action No. 06-cv-03670)
District Judge:  Hon. Thomas M. Golden

———————

Submitted Pursuant to Third Circuit LAR 34.1(a)
October 30, 2008

BEFORE:  SLOVITER, STAPLETON and TASHIMA,*
Circuit Judges

(Filed: November 4, 2008)

———————

———————

*Hon. A. Wallace Tashima, Senior United States Circuit Judge for the Ninth
Circuit, sitting by designation.

OPINION OF THE COURT

STAPLETON, Circuit Judge:

Appellant Dennis Acker maintains that appellee Coca-Cola North America (1) in violation of state law, terminated his employment in retaliation for his having "filed worker's compensation petitions to seek a remedy for . . . injuries" he sustained at work (Appellant's Br. at 7), (2) failed to accommodate his disability in violation of the ADA, and (3) discriminated against him in violation of the ADA by denying him overtime because of his disability.

The District Court granted summary judgment for Coca-Cola. We will affirm for the reasons set forth in the thorough and persuasive opinion of the District Court. Appellant failed to establish a *prima facie* case of failure to accommodate and did not exhaust his administrative remedies with respect to his overtime claim. Finally, as the District Court concluded, "[t]he undisputed facts reveal that rather than discriminate or retaliate against Plaintiff, Defendant went out of its way to assist Plaintiff by taking Plaintiff for immediate medical attention, promptly reporting the incident to its workers' compensation carrier, helping Plaintiff through the benefits process and, most

2

significantly, provided Plaintiff with modified work assignments for nearly six years even though its policies limited Plaintiff to a period of 90 days."  App. at 10-11.

The judgment of the District Court will be affirmed.